AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

**FILED**
12/22/2025
Clerk, U.S. District Court
Western District of Texas

By: *AQ*
Deputy

USA §
§ **CRIMINAL COMPLAINT**
vs. § CASE NUMBER: **EP:25-M -06976(1) LE**
§
**(1) ADRIAN LEYVA- TAMAYO** §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 20, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326(a)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: " The DEFENDANT, Adrian LEYVA- Tamayo, an alien to the United States and a citizen of Cuba was found approximately 1.46 miles west of the Paso Del Nort Port of Entry in El Paso, Texas in the Western District of Texas. From statements made by  "Continued on the attached sheet and made a part of hereof.

Sworn to before me and subscribed in my presence,

/S/ ESPARZA, ERIC
Signature of Complainant
Border Patrol Agent

December 22, 2025
File Date

at EL PASO, Texas
City and State

LAURA ENRIQUEZ
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

**OATH TELEPHONICALLY SWORN AT 01:07  P.M.**
**FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:25-M -06976(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) ADRIAN LEYVA- TAMAYO**

<u>FACTS   (CONTINUED)</u>

the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Cuba, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Cuba on 10/31/2025 through Port Isabel, Tx.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

**Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

IMMIGRATION HISTORY:

**The DEFENDANT has been deported 1 time(s), the last one being to CUBA on October 31, 2025, through PORT ISABEL, TX**


CRIMINAL HISTORY:

**05/08/2013, LAS VEGAS, NEVADA, STLEN PROPERTY(M), CNV, 90 DAYS JAIL.**
**05/08/2013, LAS VEGAS, NEVADA, GRAND LARCENY(M), CNV, 16 HOURS COMMUNITY SERVICE, $250 FINE.**
**09/19/2017, LAS VEGAS, NEVADA, ILLEGAL USE OF CREDIT CARDS, OBTAINING ENCODED INFO ON FINANCIAL TRANSACTION CARD(M), CNV, 364 DAYS, 2 YEAR PROBATION, $750.00 FINE.**
**07/02/2018, LAS VEGAS, NEVADA, PROBATION VIOLATION(M), CNV, 90 DAYS JAIL.**
**01/28/2019, LAS VEGAS, NEVADA, PROBATION VIOLATION (M), CNV, 90 DAYS JAIL.**
**06/26/2023, LAS VEGAS, NEVADA, USE OF UNAUTHORIZED ACCESS DEEVICES AND AIDING AND ABETTING(F), CNV, 57 MONTHS JAIL, RESTITUTION.**
**06/26/2023, LAS VEGAS, NEVADA, CONSPIRACY TO COMMIT ACCESS DEVICE FRAUD(F), CNV, 57 MONTHS JAIL, 3 YEARS SUPERVISED RELEASE, RESTITUTION $226, 912.95.**
**06/26/2023, LAS VEGAS, NEVADA, AGGRAVATED IDENTITY THEFT(F), CNV, 81 MONTHS JAIL, RESTITUTION, 1 YEAR SUPERVISED RELEASE.**